# PD-1669-14

**PDR #_____**

## APPEAL FROM THE 128TH JUDICIAL DISTRICT COURT
## TRIAL COURT CAUSE NUMBER 080508R
## OF ORANGE COUNTY, TEXAS
### Hon. Courtney Arkeen, Judge Presiding

## TRANSFERRED FROM THE 9TH COURT OF APPEALS TO 14TH Case # **14-13-00650-CR**

## MOTION FOR EXTENSION OF TIME
## TO FILE A PETITION FOR DISCRETIONARY REVIEW

## PRO- SE MOTION BY ERIC WILLIAMS
P.O. Box 776
Orange, Texas 77631-776
(409) 365-4681
(337) 936-0773—Alternate
E-mail: ericwill86.ew@gmail.com
December 16, 2014

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk

FILED IN
COURT OF CRIMINAL APPEALS

DEC 3 0 2014

Abel Acosta, Clerk

1

## IDENTITY OF PARTIES AND COUNSEL

**Appellant**: ERIC JARROD WILLIAMS

**Trial Counsel**: Joe Alford
105 S. Market Street
Orange, TX 77630
State Bar No. 1012500

**Appellate COUNSEL**: N/A

**PRO-SE MOTIONS:** Eric Jarrod Williams

**Appellee**: State of Texas
Counsel: Phillip C. Smith, Jr.
(Trial and Appeal) Orange County Assistant District
Attorney
801 W Division Ave.
Orange, TX 77630
State Bar No. 797460

IN THE

COURT OF CRIMINAL APPEALS

OF THE STATE OF TEXAS PDR #_____

ERIC JARROD WILLIAMS

**Appellant**

**V.**

THE STATE OF TEXAS

**Appellee**

**Eric Jarrod Williams,** Appellant below respectfully submits this Motion for an Extension of Time to File a Petition for Discretionary Review in the above styled and numbered causes. In support of this Motion, he shows this Honorable Court the following:

**I.**

On May 15, 2013, Appellant was convicted by a Jury Panel of the offense **Indecency With A Child By Exposure** 21.11(a) (2) (A) Of the Texas Penal Code and given a sentence of Ten years confinement in TDCJ and a $5,000 fine by the Bench on June 14, 2013. The Bench ordered that the sentence be probated for a period of ten years with 180 days to be served as upfront time In the County Jail as a condition of probation and a $5000 fine.

3

## II.

On September 23, 2014, the Honorable 14th Court of appeals denied relief for Appellant, and affirmed the judgment of the trial court. The Motion for Petition for Discretionary Review is due on December 22, 2014.

## III.

The facts relied upon to show good cause for this requested extension is as follows:

- Appellant's attorney at the time of appeal was court appointed due to Appellant being indigent. On December 16, 2013 counsel accepted a new job with the County Attorney's Office. Appellant was not knowledgeable of this change until case was set for submission and wasn't aware of counsel with drawing. 14th District Court Of Appeals never granted or denied counsel's motion to be removed from record or was appellant aware of this change to hire counsel. Appellant was never appointed another replacement counsel to continue this matter.

- Appellant now is in the phase of consulting with other attorneys for hire. Appellant is currently handling this case on a Pro-se phase and isn't familiar with the laws and procedures of appellant procedure. This will require additional time to research and/or hire counsel, and file required motions in a timely manner.

4

- Appellant does need the time to read through and review all of the court documents and transcripts from the trial to prepare the motion for Petition for Discretionary review.

- The additional time requested is not sought solely for delay, nor sought frivolously, but will be of genuine assistance to Appellant in preparing Appellant's Motion Petition for Discretionary review and/or to hire counsel.

- Appellant works out of town on full time job during the week and doesn't have as much undivided time to consult with future counsel.

**WHEREFORE**, Appellant prays respectfully that the Honorable Court grant this Motion extending the time for filing a Petition for Discretionary Review for **Sixty days(60)** or that this Court grant such additional time as is just and proper for Appellant to submit motion for Petition for Discretionary Review.

5

Respectfully submitted,

*/s/ Eric Jarrod Williams*

P.O. Box 776 Orange, Tx 77631-776

(409) 365-4681

(337) 936-0773—Alternate

ericwill86.ew@gmail.com

# CERTIFICATE OF SERVICE

I delivered a copy of the above and foregoing Motion to the Orange County District Attorney's Office on December 22, 2014

/s/ Eric Jarrod Williams